# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

October 24, 2025

**VIA ECF**

Re:     **Wilkerson v. Hammer, et al., 23-cv-3397**

Dear Judge Preska:

I write to respectfully request an extension of the deadline for Plaintiff's opposition papers until November 3, 2025. Defendants have graciously agreed to the extension and will still file their replies on December 12, 2025.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

Plaintiff's motion for an extension of the deadline to file opposition papers until November 3, 2025, is GRANTED. **SO ORDERED.** The Clerk of the Court shall close docket number 169.

*Loretta A. Preska*
Loretta A. Preska
United States District Judge

10/27/25