## Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

October 31, 2025

**VIA ECF**

**Re:** <u>Wilkerson v. Hammer, et al.</u>, 23-cv-3397

Dear Judge Preska:

    I write to respectfully request an extension of the deadline for Plaintiff's opposition papers until November 10, 2025. This is Plaintiff's third (and, hopefully, final) request for an extension. As the Court is aware, this office is also working on pre-trial submissions for the <u>Dockery</u> and <u>Pritchett</u> trials. Defendants have graciously agreed to the extension and will file their replies on December 19, 2025. My client has long been out of custody and is receiving excellent medical care, so there is no prejudice to him.

    We are, as always, grateful for the Court's courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

```
Plaintiff's request for an extension until November 10, 2025, is
GRANTED.  Defendants shall file their replies no later than
December 19, 2025.  The Clerk of the Court shall close docket
number 171.  SO ORDERED.
```

_____
Loretta A. Preska, U.S.D.J.
October 31, 2025