## Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 13, 2025

**VIA ECF**

Re:   <u>Wilkerson v. Hammer, et al.</u>, 23-cv-3397

Dear Judge Preska:

I write to respectfully request an extension of <u>the deadline for Plaintiff's opposition brief until November 14, 2025</u>. This is Plaintiff's fourth request for an extension. My office did file all other supporting papers, but I am still finalizing the brief. As the Court is aware, this office is also working on pre-trial submissions for the <u>Dockery</u> and <u>Pritchett</u> trials. Additionally, our litigation counsel, Kirsten Peters has just given notice that she will be leaving the firm to take a job with Major League Baseball. I have had to do an enormous amount of shuffling this week.

<u>Defendants</u> have graciously agreed to the extension and <u>will file their replies on January 14, 2026</u>. My client has long been out of custody and is receiving excellent medical care, so there is no prejudice to him.

We are, as always, grateful for the Court's courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

```
The request to modify the briefing
schedule, as underlined above, is
GRANTED. SO ORDERED.


_____
Loretta A. Preska, U.S.D.J.
November 14, 2025
```